IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY L. CONFER, et al** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PALL CORP.** | : | NO. 09-4940 |

## ORDER

**AND NOW**, this 9th day of August, 2010, upon consideration of Defendant, Pall Corporation's, Motion for Summary Judgment, the response filed in opposition, and after oral argument, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 17) is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**